# United States District Court
# Eastern District of California

Joseph Casaceli, individually and on behalf of all others similarly situated

Plaintiff(s)

V.

Ziprent CA, Inc.

Defendant(s)

Case Number: 2:26-cv-03529-TLN-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Alexander J. Korolinsky hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Joseph Casaceli

On October 7, 2015 (date), I was admitted to practice and presently in good standing in the Supreme Court of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: October 20, 2026

Signature of Applicant: /s/ Alexander Korolinsky

**Pro Hac Vice Attorney**

Applicant's Name: Alexander J. Korolinsky

Law Firm Name: The Law Office of Alexander J. Korolinsky, P.A.

Address: 1580 Sawgrass Corporate Parkway, Suite 130

City: Sunrise State: FL Zip: 33323

Phone Number w/Area Code: (888) 815-3350

City and State of Residence: Miami, Florida

Primary E-mail Address: korolinsky@ajklegal.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Vin Roy Venkatesh

Law Firm Name: Property Litigation Group PLLC

Address: 2750 SW 145th Avenue, Suite 509

City: Miramar State: FL Zip: 33027

Phone Number w/Area Code: (786) 703-8810 Bar # 367857

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 20, 2026

JUDGE, U.S. DISTRICT COURT