# United States District Court
# Eastern District of California

Joseph Casaceli, Individually and on behalf of all others similarly situated,

Plaintiff(s)

V.

ZIPRENT CA, INC.

ZIPRENT CA, INC.

Defendant(s)

Case Number: 2:26-cv-03529-TLN-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, RUDY E. VERNER hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Ziprent, LLC, named as Ziprent CA, Inc.

On 10/29/2002 (date), I was admitted to practice and presently in good standing in the Colorado Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Not applicable.

Date: 11/19/2026

Signature of Applicant: /s/ Rudy E. Verner

**Pro Hac Vice Attorney**

Applicant's Name: RUDY E. VERNER

Law Firm Name: Berg Hill Greenleaf Ruscitti LLP

Address: 1712 Pearl Street

City: Boulder State: CO Zip: 80302

Phone Number w/Area Code: (303) 402-1600

City and State of Residence: Boulder, Colorado

Primary E-mail Address: rev@bhgrlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Geoffrey C. Gardner

Law Firm Name: Berg Hill Greenleaf Ruscitti LLP

Address: 1712 Pearl Street

City: Boulder State: CO Zip: 80302

Phone Number w/Area Code: (303) 402-1600 Bar # CA SBN #367542

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 19, 2026

JUDGE, U.S. DISTRICT COURT